## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Osvaldo A. Martinez, Customs & Border Protection Enforcement Officer, do hereby make the following statement:

1. That I am a U.S. Customs and Border Protection Enforcement Officer with the Department of Homeland Security, assigned to investigate Immigration Law violations and Criminal Laws of the United States at the Luis Muñoz Marín International Airport, Carolina, Puerto Rico. As an Enforcement Officer my duties and responsibilities include the enforcement of the Immigration and Nationality Act (INA). Furthermore, as an Enforcement Officer I am assigned to conduct investigations of criminal violations of the immigration laws of the United States, including violations of Title 8 and Title 18 of the United States Code, and to ensure the removal of those aliens that have been found to be in the United States in violation of the immigration laws.

2. Because this Affidavit is submitted for a limited purpose, I have not included details of every aspect of this investigation. I am thoroughly familiar with the information contained in this Affidavit, either through personal investigation or discussions with other law enforcement officers who have interviewed individuals or personally have obtained information, which they in turn have reported to me.

3. That on or about August 23, 2025, at or near the coast of San Juan, Puerto Rico, an alien by the name of Mr. Freddy Cabrera a citizen of the Dominican Republic, was found by the United States Coast Guard hiding under a container on board Trailed Vessel Barge Marty J as a stowaway.

4. Mr. Cabrera was found on board the barge with three other individuals.

5. The Vessel Barge Marty J trailed by tug boat Patriarch, departed from Chester, Pennsylvania destined to Crowley International pier in San Juan, Puerto Rico.

6. According to the other individuals found with the Mr. Cabrera, the trailed Vessel Barge Marty J was transiting near the coast of Dominican Republic when they boarded the barge as it was headed toward San Juan, Puerto Rico.

7. According to the other individuals found with Mr. Cabrera, they did not have authorization to board the Tug Patriarch / Barge Marty J., and they boarded it with the intent of obtaining transportation to the United States.

8. On August 23, 2025, Mr. Cabrera was taken to the U.S. Customs and Border Protection Facilities to be processed for repatriation to his home of country the Dominican Republic.

9. During this process, Mr. Cabrera fingerprints were submitted to the FBI for examination and comparison, this examination disclosed a match to FBI record# XXXXXX. FBI record revealed the following:

    a. On November 19, 2023, Mr. Cabrera was processed by Border Patrol for a Notice to Appear(I-862) in front of an Immigration Judge.

    b. On February 06, 2024, Mr. Cabrera was ordered to be removed from the United States by an Immigration Judge.

    c. On March 05, 2025, Mr. Cabrera was physically removed from the United States back to the Dominican Republic.

    d. On June 18, 2025, Mr. Cabrera was apprehended by Border Patrol and processed for a reinstatement of deportation order (I-871) under the 8 U.S.C 1326 (Re-entry after removal).

    e. On July 8, 2025, Mr. Cabrera was physically removed from the United States back to Dominican Republic from Miami, Florida.

10. As part of his removal procedure Mr. Cabrera was advised that after his deportation/removal from the United States, he was required to obtain a permission from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United States or his application of admission.

11. I conducted record checks which reveal that no application to request permission on form I-212 had been filed on behalf of 'Freddy Cabrera'' at the Office of Citizenship and Immigration Services.

12. Mr. Freddy Cabrera is a citizen and national of the Dominican Republic and is an alien with no authorization or legal status to be present in the United States.

13. Further, Mr. Cabrera was deported from the United States and prohibited from re-entering the United States without obtaining consent from the Attorney General or his successor under the Department of Homeland Security prior to his re-embarkation at a place outside the United Sates or his application for admission.

14. Based upon my training, experience and my participation in this investigation, I believe that probable cause exist that Freddy Cabrera attempted to enter the United States in violation of, 8 U.S.C 1326 (a)(1) and boarded the Vessel Barge Marty J without the consent of the owner, charterer, master or the person in command of the vessel in violation of 18 U.S.C 2199.

Respectfully submitted,

Osvaldo A. Martinez
CBP Enforcement Officer
U.S. Customs and Border Protection

**SWORN IN ACCORDANCE WITH REQUIREMENT OF FED.R.Crim. P.4.1. by telephone at 1:44 p.m. on this 25th of August 2025, in San Juan, Puerto Rico.**

Digitally signed by Hon. Giselle López-Soler

Giselle López-Soler
US Magistrate, Judge
District of Puerto Rico
San Juan, Puerto Rico